*CHECK NO. 114*
*RECEIPT NO. 82178*

IN RE:

FILED

2011 MAR -1 PM 2:45

CHRISTINA M. TYLKA

U.S. BANKRUPTCY COURT
Debtor NORTHERN DISTRICT OF OHIO
AKRON

CASE NO. 09-55734-S

CHAPTER 7

REPORT OF DIVIDEND
UNDER FIVE DOLLARS

Harold A. Corzin, Trustee herein, reports that check #114 in the amount of $4.98 was issued on February 14, 2011 to the Clerk of Courts in payment of dividend under $5.00 for the following unsecured creditor:

Amt. of Dividend

Claim #1        American Infosource Lp        $    4.98
                As Agent for Target
                PO Box 248866
                Oklahoma City, OK   73124-8866

TOTAL:                                        $    4.98


_____
HAROLD A. CORZIN, TRUSTEE
304 N. Cleveland-Massillon Rd.
Akron, Ohio 44333
(330) 670-0770

February 14, 2011